UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SANCHEZ, *et al.*

Plaintiffs,

v.

DOLLAR TREE STORES, INC., *et al.*

Defendants.

Case No. 1:26-cv-04060-KES-EPG

ORDER FOR ATTORNEY SANCHEZ TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER TO ATTEND THE MANDATORY SCHEDULING CONFERENCE

(ECF No. 6)

The Court issued an order setting a mandatory scheduling conference for August 25, 2026, at 11:00 a.m. (ECF No. 6). The order warned as follows: "Should counsel or a party appearing *pro se* fail to appear at the Scheduling Conference . . . an *ex parte* hearing may be held and contempt sanctions, including monetary sanctions, dismissal, default, or other appropriate judgment, may be imposed and/or ordered." (*Id.* at 7).

On August 14, 2026, the parties filed a joint scheduling report, which acknowledged the date and time of the conference. (ECF No. 8). The Court held the conference as scheduled and counsel for Plaintiffs appeared; however, Attorney Jennifer Sanchez for Defendants failed to appear. The Court's courtroom deputy tried to reach counsel but was unsuccessful. Accordingly, the Court did not hold the scheduling conference rescheduled the Scheduling Conference to September 9, 2026, at 10:30 a.m. (ECF No. 10).

Accordingly, IT IS ORDERED as follows:

1. Attorney Jennifer Sanchez, counsel for Defendants, shall show cause why sanctions

should not issue for counsel's failure to attend the conference as required by the Court's order.

2. Attorney Sanchez has until September 1, 2026 to file a written response explaining why counsel did not attend the conference.
3. After reviewing counsel's response, the Court will further consider whether sanctions are appropriate.

IT IS SO ORDERED.

Dated: **August 25, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE