UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SANCHEZ, *et al.*

Plaintiffs,

v.

DOLLAR TREE STORES, INC., *et al.*

Defendants.

Case No. 1:26-cv-04060-KES-EPG

ORDER DISCHARGING ORDER TO SHOW CAUSE

(ECF No. 11)

On August 25, 2026, the Court issued an order requiring Defendants' counsel, Attorney Sanchez, to show cause as to why sanctions should not issue for failing to appear at the initial scheduling conference. (ECF No. 11). Attorney Sanchez was directed to file a response no later than September 1, 2026. (*Id.*).

On August 26, 2026, Attorney Sanchez filed a response to the Court's order. (ECF No. 12). In her response, Ms. Sanchez indicated that an office miscommunication, which was inadvertent, resulted in defense counsel failing to clarify which of the attorneys within the defense counsel law firm would attend the initial scheduling conference. (*Id.* at 2-3). Ms. Sanchez further represents that steps have been taken to ensure "all hearings are communicated to associates, and to confirm that someone is available to cover each schedule appearance, so that any future hearings do not go unattended." (*Id.* at 3).

\\\

\\\

Accordingly, IT IS HEREBY ORDERED the August 25, 2026 (ECF No. 11) order for Attorney Sanchez to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated: **August 27, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE